IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ALEXANDER BOYD,

    Petitioner,                    No. CIV S-12-0372 GGH P

  vs.

W. KNIPP, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a completed in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner has failed to file a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a certified copy of his prison trust account statement.

        Petitioner has filed a petition challenging his 2005 conviction for continuous sexual abuse, lewd and lascivious conduct and aggravated sexual assault for which he was sentenced to a term of 44 years to life. Petition, p. 1. Petitioner therein raises seven separate grounds, the first six of which petitioner concedes are pending before the state Supreme Court, i.e., unexhausted. Id., at 4-49. Petitioner has also filed a motion for a stay and abeyance pending

1

the exhaustion of grounds one through six in the state Supreme Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within twenty-eight days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action;

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district;

3. Respondent is directed to file a response to petitioner's motion for a stay and abeyance, filed on February 14, 2012 (docket # 3), within thirty (30) days; thereafter, petitioner will have twenty-one (21) days to file any reply.

4. The Clerk of the Court shall serve a copy of this order and *the consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court* on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: February 29, 2012

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:009
boyd0372.ord

2