IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ALEXANDER BOYD,

    Petitioner,               No. CIV S-12-0372 JAM GGH P

    vs.

W. KNIPP, Warden,

    Respondent.             <u>ORDER</u>

_____/

    Pursuant to the <u>Order</u>, filed on February 29, 2012, petitioner, by filing dated March 12, 2012, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

    Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. <u>See</u> 28 U.S.C. § 1915(a).

DATED: March 21, 2012

                              /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH:009
boyd0372.ifpgrt