1

2

3

4

5

UNITED STATES DISTRICT COURT

6

FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8

WILLIAM ALEXANDER BOYD,                    No.  2:12-cv-0372 JAM GGH P

9

                    Petitioner,

10

        v.                                                         ORDER

11

W. KNIPP,

12

                    Respondent.

13

14

        This petition for writ of habeas corpus was denied on November 6, 2013 and judgment

15

entered accordingly.  At that time, the district court declined to issue a certificate of appealability.

16

Petitioner then filed a notice of appeal on December 5, 2013, and that appeal has been processed

17

to the Ninth Circuit Court of Appeals.  Petitioner's filing, entitled application for certificate of

18

appealability, filed on January 10, 2014, is construed as a motion for reconsideration of that

19

portion of the order.  Because this case is now on appeal, this court will not rule on petitioner's

20

request unless and until the Ninth Circuit Court of Appeals issues such a directive.

21

        Accordingly, IT IS ORDERED that petitioner's application for reconsideration of the

22

denial of the certificate of  appealability, filed January 10, 2014 (ECF No. 45), is denied without

23

prejudice.

24

Dated: January 16, 2014

25

                                                            /s/ Gregory G. Hollows

26

                                           UNITED STATES MAGISTRATE JUDGE

27

GGH:076/Boyd0372.158.ggh

28

1